▮ In the Matter of Caroline V. Peabody, Appellant, against Ernest F. Francke, as County Clerk of Nassau County, et al., Respondents.— Appeal from a resettled order denying an application to direct the County Clerk, Nassau County, to expunge from the record the return filed by a Police Justice sitting as a Court of Special Sessions, certifying to the conviction of appellant on a charge of disorderly conduct. Appellant was convicted by the Police Justice sitting as a Court of Special Sessions and on appeal this conviction was reversed and a new trial ordered in the County Court, Nassau County. A second trial was never held, and the proceedings were dismissed. Order unanimously affirmed, without costs. The return was filed in accordance with the mandate of the statute (Code Crim. Pro., § 756). No right to have it expunged exists unless such right is conferred by statute (*Matter of Molineux* v. *Collins*, 177 N. Y. 395; *Matter of Dorgan* v. *Mercer*, 178 Misc. 368; cf. *Matter of Troilo* v. *Valentine*, 179 Misc. 954). Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.